**Opinion issued December 18, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00517-CV

———————————

**MICHAEL SCRANTON, Appellant**

**V.**

**MICHEAL HICKS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Case No. 1252450**

---

## MEMORANDUM OPINION

Appellant Michael Scranton, proceeding pro se, failed to file a brief. *See* TEX.

R. APP. P. 38.6(a), 38.8(a).  On November 5, 2025, the Clerk of this Court notified

Appellant that his appellate brief was past due, and his appeal was subject to

dismissal.  *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f).  We directed Appellant to

file his brief and a motion requesting an extension to file the brief within 10 days of our notice.  Appellant did not respond.  *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief.  *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f).  We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.